Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421 West Linn, OR 97068
503-621-6633
Attorney for plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | | |
|---|---|---|
| **JON HOLTON,** | ) | Case No. 2:20-cv-02054-SI |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER - EAJA** |
| | ) | |
| **COMMISSIONER,** | ) | |
| **of Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

        Plaintiff prevailed, the parties have stipulated, and it is therefore ORDERED that

Defendant shall pay an attorney fee under the Equal Access to Justice Act, 28 U.S.C. §

2412, in the amount of $7,300.63.  It is further ORDERED that the defendant shall pay

$400.00 to plaintiff's attorney for cost reimbursement.  If there is no offsetable debt

under *Ratliff*, defendant is further ORDERED to pay the fee and cost reimbursement

directly to Plaintiff's attorney, by check(s) made payable to Bruce Brewer, and it is

ORDERED that the check(s) shall be sent to plaintiff's attorney at his business address:

PO Box 421, West Linn, OR 97068.  If offsetable debt exists pursuant to *Astrue v.*

*Ratliff,* 560 U.S. 586 (2010), then it is ORDERED that the check(s) for any remaining

funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's

attorney's office at the address stated above.

It is so ORDERED this ___1st___, day of September, 2022.


The Honorable Michael H. Simon
U.S. District Court Judge
District of Oregon


Prepared by:
Bruce Brewer OSB #925581
PO Box 421
West Linn, OR 97068
503-621-6633

2-ORDER (EAJA)